In the Matter of MARTIN DEKOM, Appellant, v JOSEPH TRANI et al., Respondents.

Submitted September 6, 2013; decided September 6, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied. Motion for poor person relief dismissed as academic.

Judge RIVERA taking no part.